**Order filed, May 10, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00041-CV

———————

**DOMINION ESTATES HOMEOWNER'S ASSOCIATION, Appellant**

**V.**

**MARY F. MASTERSON, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-72862**

## ORDER

The reporter's record in this case was due **April 2, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **April 3, 2012**, this court granted **Cynthia Montalvo's** motion for extension of time to file the record until **May 2, 2012**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are

jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Montalvo** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM